IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00251-MSK-MJW

DENNIS EVANS,

        Plaintiff,

v.

ULTIMATE ESCAPES HOLDINGS, LLC, a Florida Limited Liability Company; and
PRIVATE ESCAPES PLATINUM, LLC, a Colorado Limited Liability Company,

        Defendants.

---

**OPINION AND ORDER GRANTING MOTION FOR JUDGMENT,
DIRECTING CLERK TO ENTER JUDGMENT, AND
AWARDING ATTORNEY FEES**

---

**THIS MATTER** comes before the Court on Plaintiff Dennis Evans's Motion for Entry of Judgment **(#34)**, to which no response was filed. Having reviewed Motion, the attached Confessions of Judgment **(#34-3, 34-4)**, and the Attorney Fee Affidavit **(#34-6)**, **IT IS HEREBY ORDERED** that

    (1)    Plaintiff Evans's Motion for Entry of Default **(#34)** is **GRANTED**.

    (2)    The Clerk of Court is directed to enter Judgment in favor of Plaintiff Dennis Evans and against Defendants Ultimate Escapes Holdings, LLC and Private Escapes Platinum, LLC, jointly, in the amount of $231,500.00, plus interest accruing at a rate of 8% per annum beginning on August 15, 2010.

(3)     Attorney fees in the amount of $3,700.00 are awarded.

(4)     After entry of judgment, the Clerk of Court shall close this case.

Dated this 11th day of February, 2011

                                          **BY THE COURT:**

*[signature]*

Marcia S. Krieger
United States District Judge